**DISMISS; and Opinion Filed March 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00269-CR

### REGINALD A. NOBLE, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. W00-50025-K**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

Reginald Noble was convicted of aggravated sexual assault of a child and was sentenced to life in prison. Appellant's conviction was affirmed on direct appeal. *Noble v. State*, No. 08-01-00035-CR, 2002 WL 221886 (Tex. App.—El Paso Feb. 4, 2002, pet. ref'd) (not designated for publication).[1] The Court now has before it appellant's "Motion for Leave to File Notice of Appeal," which we will treat as a pro se notice of appeal. In the document, appellant appears to complain about a post-conviction habeas corpus order of the trial court rendered under article 11.07 of the code of criminal procedure.

On October 21, 2014, the trial court issued an order finding that "there are no controverted, previously unresolved facts material to the legality of the Applicant's confinement

---

[1] The appeal, originally filed in this Court and docketed as cause no. 05-00-02050-CR, was transferred to the El Paso Court of Appeals under a docket equalization order of the Texas Supreme Court.

which require an evidentiary hearing" and recommending to the court of criminal appeals that appellant's tenth application for writ of habeas corpus be dismissed. To the extent that appellant seeks to appeal the ruling on the post-conviction habeas corpus petition, this Court has no jurisdiction over such proceedings. *See* TEX. CODE CRIM. P. ANN. arts. 11.05, 11.07 (West 2005 & Supp. 2014) (identifying courts that may grant post-conviction writs of habeas corpus and procedure for post-conviction habeas corpus applications). To the extent appellant seeks to challenge by direct appeal the sentence imposed in 2000, his March 9, 2015 notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1) (notice of appeal due within thirty days after sentence suspended or imposed in open court).

We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150269F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

REGINALD A. NOBLE, Appellant

No. 05-15-00269-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. W00-50025-K.
Opinion delivered by Justice Fillmore,
Justices Bridges and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 16th day of March, 2015.